FILED
United States Court of Appeals
Tenth Circuit

August 20, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

―――――――――――――――――――――

ERIC S. CLARK,

    Plaintiff - Appellant,

v.

MERRICK GARLAND, United States Attorney General, in both his official and individual capacities, et al.,

    Defendants - Appellees.

No. 24-3088
(D.C. No. 2:23-CV-02170-JAR-RES)
(D. Kan.)

―――――――――――――――――――――

**ORDER**

―――――――――――――――――――――

This matter is before the court on appellant Eric S. Clark's *Motion for Leave of Court for Pro Bono Counsel to Appear by Video*, in which Mr. Clark requests "an order of any judge of the panel granting permission for counsel of Appellant to appear by video for oral argument" or, in the alternative, requests that the court appoint pro bono counsel to represent him on appeal.

Upon consideration:

A.     The court denies without prejudice Mr. Clark's request for an order granting permission for counsel to appear by video for oral argument: Mr. Clark may renew his request if the panel directs oral argument; and

B.        The court will address Mr. Clark's alternative request for the appointment of counsel through separate order.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk
