FILED
United States Court of Appeals
Tenth Circuit

August 20, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

ERIC S. CLARK,

    Plaintiff - Appellant,

v.

MERRICK GARLAND, United States Attorney General, in both his official and individual capacities, et al.,

    Defendants - Appellees.

No. 24-3088
(D.C. No. 2:23-CV-02170-JAR-RES)
(D. Kan.)

_____

**ORDER**
_____

Before **HOLMES**, Chief Judge.
_____

Appellant, who is proceeding without the assistance of counsel in this appeal, has filed a motion asking this court to appoint an attorney for representation at public expense. The motion is denied. The court will not consider the possibility of appointing counsel for Appellant until the case has been fully briefed and the court has had an opportunity to consider Appellant's own statement of arguments on appeal.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk