LETTER OF SUPPLEMENTAL AUTHORITY

**Eric S. Clark ( pro se )**
1430 Highway K 273
Williamsburg, Kansas 66095
Phone: (785) 214-8904

December 2, 2024

Clerk of Court
Tenth Circuit Court of Appeals
The Byron White U.S. Courthouse
1823 Stout Street
Denver CO 80257-1823

Re: *Clark v. Garland, et al.*, No. 24-3088

Dear Clerk of the Circuit Court for the Tenth Circuit,

    Pursuant to Federal Rule of Appellate Procedure 28(j), Plaintiff-Appellant writes to inform the Court of the supplemental authority identified herein which supports the argument in Appellant's Brief concerning the issue of standing and credible threat of enforcement which included the statement that "the record demonstrates by omission that the defendants have not disavowed future enforcement of any provisions at issue." Tenth Circuit ECF Document 12, page 40.

    On November 5, 2024, in a published opinion filed in appellate Case No. 23-1251 (ROCKY MOUNTAIN GUN OWNERS et al. v. JARED POLIS) of this Tenth Circuit (ECF 193-1), the court wrote at page 19,

> 'The threat of prosecution is generally credible where the defendant "has not disavowed any intention of invoking" the statute against the plaintiff. *Babbitt*, 442 U.S. at 302. Nothing indicates that Governor Polis has disavowed enforcing SB 23-169 against Pineda. As such, Pineda faces a credible threat of future enforcement were he to attempt to effectuate a purchase of a gun in Colorado, a desire he professes by declaration to possess.'

Respectfully,

*[signature]*

Eric S. Clark

## CERTIFICATE OF COMPLIANCE

I hereby certify that this letter complies with the word limitations of Fed. R. App. P. 28(j) because it contains 165 words.

Respectfully,

Eric S. Clark

## CERTIFICATE OF SERVICE

Appellant hereby certifies that service was made by mailing

true and correct copies of the foregoing

LETTER OF SUPPLEMENTAL AUTHORITY

by deposit in the United States Mail, Postage prepaid,

on December 2, 2024 addressed to:

Christopher Allman
500 State Ave., Suite 360
Kansas City, KS 66101

and

Brian E. Vanorsby
1200 Epic Center
301 N. Main
Wichita, Kansas 67202

**Eric S. Clark ( pro se )**
1430 Highway K 273
Williamsburg, Kansas 66095
Phone: (785) 214-8904

**CERTIFIED MAIL**

7022 1670 0001 0622 5643




Retail

U.S. POSTAGE PAID
FCM LG ENV
OTTAWA, KS 66067
DEC 02, 2024

80257

**$6.35**

RDC 99

R2304M115292-32

Eric S. Clark ( pro se )
1430 Highway K 273
Williamsburg, Kansas 66095
Phone: (785) 214-8904

Clerk of Court
Tenth Circuit Court of Appeals
The Byron White U.S. Courthouse
1823 Stout Street
Denver CO 80257-1823

Scanned by
US Marshal